UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL RODRIGUEZ,<br>　　　　　Petitioner,<br>　　v.<br>LOS ANGELES SUPERIOR COURT,<br>　　　　　Respondent. | Case No. CV 17-03673 R (RAO)<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion and Order Dismissing Habeas Action Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 22, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE